# UNITED STATES DISTRICT COURT
for the
District of Alaska

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| NTANDO SOGONI | ) | Case No. |
| | ) | 1:24-mj-00018-MMS |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 6, 2024__ in the county of _____ in the _____ District of __Alaska__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. § 113(a)(3) | Assaults Within Maritime and Territorial Jurisdiction |

This criminal complaint is based on these facts:
See attached affidavit of FBI Special Agent Matthew B Judy

☑ Continued on the attached sheet.

*Complainant's signature*

Matthew B Judy
*Printed name and title*

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on:

Date: May 7, 2024

Digitally signed by Matthew Scoble
Date: 2024.05.07 10:55:23 -08'00'

*Judge's signature*

City and state: Anchorage, Alaska

Matthew M. Scoble, United States Magistrate Judge
*Printed name and title*